| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | COLLEEN MARTIN |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant MORRIS |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-864 CW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER |
| vs. | ) | |
| | ) | Date: February 2, 2011 |
| ERIC MORRIS, | ) | Time: 9:30 a.m. |
| | ) | Courtroom: 4 |
| Defendant. | ) | |
| _____ | ) | |

The above-captioned matter is set on February 2, 2011 before the Honorable Laurel Beeler for a status conference. The parties jointly request that this Court continue the matter to February 15, 2011, at 9:30 a.m. for a status conference. The parties further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this Order and February 15, 2011.

Mr. Morris is charged in a one-count indictment with a violation of 18 U.S.C. 751(a) – Escape. The status of the matter is that the government has provided the defense with some discovery, and is in the process of obtaining and providing additional discovery. Once the discovery is provided, defense counsel will need to review it and discuss it with Mr. Morris. In addition, the defense is performing investigation in order to effectively prepare this case.

*U.S. v. Morris*, CR08=864 CW
Stipulation and [Proposed] Order                    1

1     The requested continuance will allow the government time to provide discovery, will
2 permit the defense time to review that discovery, and allow the defense time to perform
3 investigation.  The failure to grant such a continuance would unreasonably deny counsel the
4 reasonable time necessary for effective preparation, taking into account the exercise of due
5 diligence.

6     The parties further stipulate and agree that the time between the date of this Order and
7 February 15, 2011, should be excluded in accordance with the provisions of the Speedy Trial
8 Act, 18 U.S.C. §§ 3161(h)(7)(A), on the basis that the ends of justice are served by taking such
9 action which outweigh the best interest of the public and the defendant in a speedy trial and also
10 under 18 U.S.C. § 3161(h)(7)(B)(iv) for effective preparation of counsel, taking into account the
11 exercise of due diligence.

12

13 DATED:    January 31, 2011             /S/
                                          JENNIFER GASPAR
14                                        Special Assistant United States Attorney

15
   DATED:    January 31, 2011             /S/
16                                        COLLEEN MARTIN
                                          Assistant Federal Public Defender
17

18     **ORDER**

19     GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS
20 HEREBY ORDERED that the status date in this case, currently scheduled for February 2, 2011,
21 before Magistrate Judge Beeler is VACATED and RESET to February 15, 2011, at 9:30 a.m. for
22 a status conference before the duty magistrate judge.

23     IT IS FURTHER ORDERED that the time from the date of this Order and February 15,
24 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.
25 §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends
26 of justice served by the granting of the continuance outweigh the best interests of the public and

1 the defendant in a speedy and public trial and the failure to grant the requested continuance
2 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking
3 into account due diligence, given the need for the government to provide discovery and for the
4 defense to prepare this case.
5      SO ORDERED.

7 DATED: February 1, 2011

LAUREL BEELER
United States Magistrate Judge